In the Matter of GLENN G. PAULEY, Petitioner, against J. RAYMOND McGOVERN, as Comptroller of the State of New York, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante,* p. 295.]

HENRY P. CONRON, Respondent, v. MICHAEL METTENLEITER et al., Defendants, and ELIAS GARROW, Appellant.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

HENRY P. CONRON, Respondent, v. MICHAEL METTENLEITER et al., Defendants, and ELIAS GARROW, Appellant.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

(September 22, 1955.)

MILLARD DUMOND, Plaintiff, v. HERBERT DAWSON, Defendant.— Foster, P. J., Bergan, Halpern and Zeller, JJ., concur.

In the Matter of JOHN J. PURCELL, Petitioner, against THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF ALBANY; HERBERT D. HAMM and ROSCOE V. ELSWORTH, Individually and as Justices Thereof, et al., Respondents. Foster, P. J., Bergan, Halpern and Zeller, JJ., concur.